**915  LYON vs. CIRCUIT JUDGE (Ingham), 37 M., 378.**

To set aside an order for a further hearing in a case where, on appeal to the Supreme Court,.the decree had been affirmed by an equal division of the court.

Granted October 17, 1877.

**916  WALKER vs. CIRCUIT JUDGE (Van Buren), No. 15689½.**

To vacate an order granting a.re-hearing in a chancery case.

Order to show cause denied July 1, 1896, citing Chancery Rule No. 81, and Barnes vs. Circuit Judge, 97 M., 212 (919).

**917  KRIELING vs. CIRCUIT JUDGE (Muskegon), No. 16074.**

To set aside so much of an order granting a re-hearing in a chancery cause, as imposed, as a condition, the payment of certain amounts aggregating $294.57.

Denied, with costs, February 11, 1897.

**918  CASE vs. CIRCUIT JUDGE (Lenawee), No. 14814.**

To vacate an order setting aside a decree of divorce.

Denied April 18, 1895, with costs.

It appeared that the return of the officer was not in fact true.